NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARVIN DENNIS,                              )
                                           )
                Appellant,                 )
                                           )
v.                                         )          Case No. 2D17-3297
                                           )
STATE OF FLORIDA,                          )
                                           )
                Appellee.                  )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Marvin Dennis, pro se.


PER CURIAM.


                Affirmed.


VILLANTI, KHOUZAM, and SLEET, JJ., Concur.